OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**David William HALWICK, Respondent.**

**Nos. 454 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 3, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 3rd day of September, 1998, there having been filed with this Court by David William Halwick his verified Statement of Resignation dated July 30, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David William Halwick be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Richard Darnell MORRIS, Respondent.**

**No. 272 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 3, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 3rd day of September, 1998, a Rule having been entered upon respondent by this Court on July 7, 1998, to show cause why he should not be disbarred and upon consideration of the response filed, it is hereby

ORDERED that the Rule is made absolute, Richard Darnell Morris is disbarred from the Bar of this Commonwealth, retroactive to December 4, 1996, and he shall comply with all the provisions of Rule 217, Pa. R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.